# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JEREMY BRANDON CHIRICOPA ,**

v.

**WARDEN, CENTRAL VALLEY ANNEX ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26−CV−07150−DJC−CSK**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/18/2026 .**

ENTERED: **September 18, 2026** /s/ **Keith Holland**
Clerk of Court